

# Fourth Court of Appeals
## San Antonio, Texas

## MEMORANDUM OPINION

No. 04-13-00066-CV

**IN RE ESTATE OF** Joseph Alexandre **LEGAULT**, Deceased

From the Probate Court No. 1, Travis County, Texas
Trial Court No. C-1-PB-10-002058
Judge Guy S. Herman, Judge Presiding

PER CURIAM

Sitting:      Catherine Stone, Chief Justice
              Karen Angelini, Justice
              Sandee Bryan Marion, Justice

Delivered and Filed: July 31, 2013

DISMISSED

Appellant has filed a motion to dismiss this appeal because the parties have settled their

dispute. The motion is granted, and the appeal is dismissed. *See* TEX. R. APP. P. 42.1(a)(1). Costs

of the appeal are taxed against the parties who incurred them.

PER CURIAM